360 A.2d 220

**COMMONWEALTH of Pennsylvania**

v.

**Robert W. CUNFER, Appellant.**

Superior Court of Pennsylvania.

June 28, 1976.

James F. Geddes, Jr., Wilkes-Barre, for appellant.

Patrick J. Toole, Jr., Dist. Atty., Thomas J. Glenn, Jr., Asst. Dist. Atty., Wilkes-Barre, for appellee.

Before WATKINS, President Judge, and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

PER CURIAM:

Judgment of sentence reversed and new trial awarded. *Commonwealth v. Reeves*, 223 Pa.Super. 51, 297 A.2d 142 (1972).